IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              NO. 4:11CR00127 JM

LLOYD ALLEN COBURN

## ORDER

Pending is Defendant's unopposed motion for early termination of supervised release. (Docket # 44). For good cause shown, the motion is granted. The term of supervision set forth in the judgment of conviction entered on January 31, 2012(DE #39) is hereby terminated. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 6th day of June, 2016.

_____
James M. Moody Jr.
United States District Judge